IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

PETE ANTONIO ELLIS,

Plaintiff,

-vs-

ELIZABETH ERIN BIRDSBILL

Defendant.

CV-20-107-GF-BMM

**ORDER**

IT IS HEREBY ORDERED that this case shall be REOPENED.  The Order Dismissing Case (Doc. 9) is HEREBY WITHDRAWN.

DATED this 8th day of September, 2021.

_____
Brian Morris, Chief District Judge
United States District Court